EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: Matthew P. Minser, Esq. (SBN 296344); Tanisha M. Arata (SBN 280588)
FIRM NAME: SALTZMAN & JOHNSON LAW CORPORATION
STREET ADDRESS: 5100-B1 Clayton Road, Ste 373
CITY: Concord    STATE: CA    ZIP CODE: 94521
TELEPHONE NO.: (510) 906-4710    FAX NO.:
EMAIL ADDRESS: mminser@sjlawcorp.com/tarata@sjlawcorp.com
ATTORNEY FOR (name): Plaintiffs

[X] ATTORNEY FOR    [ ] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**USDC Northern District of California**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Courthouse

PLAINTIFF/PETITIONER: District Council 16 Northern California Health and Welfare Trust Fund, et al.
DEFENDANT/RESPONDENT: Alliance Glass Company, LLC, et al.

Case No.: C24-00152 TLT

**WRIT OF**
[X] **EXECUTION (Money Judgment)**
[ ] **POSSESSION OF** [ ] **Personal Property**
[ ] **SALE** [ ] **Real Property**

[ ] **Limited Civil Case** (including Small Claims)
[X] **Unlimited Civil Case** (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** USDC, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): District Council 16 Northern California Health and Welfare Trust Fund, et al.
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Alliance Glass Company, LLC
   41934 Christy Street
   Fremont, CA 94538

   [X] Additional judgment debtors on next page

5. **Judgment entered** on (date): 09/26/25
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.

**For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 157,825.01 |
| 12. Costs after judgment (CCP 685.090) | $ | 26,790.10 |
| 13. Subtotal (add 11 and 12) | $ | 184,615.11 |
| 14. Credits to principal (after credit to interest) | $ | 25,922.66 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 158,692.45 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 158,692.45 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . $ 21.74 (from 12/30/25)
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . .

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL] United States District Court, Northern District of California

Date: 01/05/2026

Clerk, by _Mark B. Busby_ , Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: District Council 16 Northern California Health and Welfare Trust Fund, et al. | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Alliance Glass Company, LLC, et al. | C24-00152 TLT |

21. ☒ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

Kevin Frank Furtado
41934 Christy Street
Fremont, CA 94538

22. The judgment is for *(check one):*

   a. ☐ wages owed.
   b. ☐ child support or spousal support.
   c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
   a. *on (date):*                                    a. *on (date):*
   b. name, type of legal entity if not a natural person, and     b. name, type of legal entity if not a natural person, and
      last known address of joint debtor:                 last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

   a. ☐ Possession of real property: The complaint was filed on *(date):*
      *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

      (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The
             judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
             judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns
             to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP
             415.46 and 1174.3(a)(2).)*

      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was
             not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

         (a) The daily rental value on the date the complaint was filed was $

         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**EJ-130**

| | CASE NUMBER: |
|---|---|
| Plaintiff/Petitioner: District Council 16 Northern California Health and Welfare Trust Fund, et al.<br>Defendant/Respondent: Alliance Glass Company, LLC, et al. | C24-00152 TLT |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

**For your protection and privacy, please press the Clear This Form button after you have printed the form.** 

1  Matthew P. Minser, Esq. (SBN 296344)
   Tanisha M. Arata, Esq. (SBN 280588)
2  SALTZMAN & JOHNSON LAW CORPORATION
   5100-B1 Clayton Road, Ste. 373
3  Concord, California 94521-3161
   Telephone: (510) 906-4710
4  Email: mminser@sjlawcorp.com
   Email: tarata@sjlawcorp.com
5

6  Attorneys for Plaintiffs, District Council 16
   Northern California Health and Welfare Trust Fund, et al.
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  DISTRICT COUNCIL 16 NORTHERN          Case No. 3:24-cv-00152-TLT
    CALIFORNIA HEALTH AND WELFARE
12  TRUST FUND, et al.,                   **DECLARATION OF TANISHA M. ARATA
                                          IN SUPPORT OF ISSUANCE OF
13                 Plaintiffs,            PROPOSED WRIT OF EXECUTION**

14        v.

15  ALLIANCE GLASS COMPANY, LLC and
    KEVIN FRANK FURTADO, an individual,
16
                   Defendants.
17

18

19  TO CLERK OF THE COURT:

20        I, Tanisha M. Arata, declare under penalty of perjury that:

21        1.    I am the attorney for the Plaintiffs in the above-entitled action.

22        2.    On September 26, 2025, and therefore within the last ten years, an Amended Judgment

23  Pursuant to Stipulation ("Stipulation" or "Stipulated Judgment") was entered in favor of Plaintiffs and

24  against Defendants Alliance Glass Company, LLC and Kevin Frank Furtado, an individual,

25  ("Defendants") in the amount of $157,825.01 (including liquidated damages of $51,660.69 which

26  would have been conditionally waived). (Dkt No. 16.) Attached as ***Exhibit A*** and incorporated by

27  reference is a true and correct copy of the Stipulation (*i.e.* Docket No. 16), which requires that

28

Defendants make monthly payments on the Judgment debt, while remaining current in monthly contributions to Plaintiff Trust Funds. **Exhibit A**, ¶¶ 6-8.

3.    Kevin Frank Furtado ("Guarantor"), the Owner of Defendant Alliance Glass Company, LLC, personally guaranteed all amounts due under the terms of Stipulation. *Id.* ¶ 3.

4.    Paragraph 11 of the Stipulation provides that, in the case of default of the terms of the Stipulation, "*A Writ of Execution may be obtained without further notice, in the amount of the unpaid balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.*" *Id.* ¶ 11 (emphasis added). **This is the required Declaration.**

5.    Defendants are in default of the terms of the Stipulation, and the amounts Defendants currently owe pursuant to the Stipulation are described herein.

6.    **Defendants'/Guarantor's Default of Obligations Under the Stipulation:**

a)    **Stipulated Payments**: Paragraph 6(a) and Paragraph 7 of the Stipulation require that Defendants/Guarantor shall pay to Plaintiffs the amount of $9,088.46 per month beginning on August 31, 2025, and on or before the last business day of each month thereafter for a period of twelve months. **Defendants/Guarantor defaulted by failing to submit the fourth monthly payment in the amount of $9,088.46, which was due by November 30, 2025.** Paragraph 8 of the Stipulation further provides that failure by Defendants to timely submit their monthly stipulated payments shall constitute a default of their obligations therein. *Id.* ¶¶ 6-8.

b)    **Job Reports**: Paragraph 6(c) and Paragraph 7 of the Stipulation require that Defendants/Guarantor shall fully disclose all jobs on which they are working by providing Plaintiffs with fully completed job reports on the form attached to the Stipulation as Exhibit A, by the last business day of each month. **Defendants/Guarantor defaulted by failing to submit their July 2025 through October 2025 job reports, which were due by August 31, 2025 through November 30, 2025, respectively.** Paragraph 8 of the Stipulation further provides that failure by Defendants to timely submit the job reports shall constitute a default of their obligations therein. *Id.* ¶¶ 6-8.

7.    Paragraph 10 of the Stipulation states that any unpaid or late-paid contributions, together

**DECLARATION OF TANISHA M. ARATA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No. 3:24-cv-00152-TLT**

with 20% liquidated damages and 5% per annum interest, shall become part of the Judgment. *Id.* ¶ 10.

8.    Paragraph 6(e) of the Stipulation states that Defendants/Guarantor shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment, whether or not a default occurs. *Id.* ¶ 6.

9.    Pursuant to Paragraph 9 of the Stipulation, if a default occurs, Plaintiffs shall make a written demand to Defendants to cure said default within seven (7) days of the date of the notice from Plaintiffs. *Id.* ¶ 9.

10.    **Plaintiffs issued notice of default to Defendants, and Defendants failed to cure the default.** On December 9, 2025, pursuant to Paragraph 9 of the Stipulation, Plaintiffs sent a written demand to Defendants/Guarantor to cure the default by submitting their fourth stipulated payment of $9,088.46, and their July 2025 through October 2025 job reports. Attached hereto as **Exhibit B** and incorporated herein by reference is a true and correct copy of my office's December 9, 2025 written demand to Defendants/Guarantor.

11.    Defendants failed to submit the fourth stipulated payment of $9,088.46 and the July 2025 through October 2025 job reports.

12.    **Total Judgment and additional amounts are now due to Plaintiffs.** Pursuant to Paragraph 9 of the Stipulation, in the event default is not cured within the required time frame, all amounts remaining due under the terms of the Stipulation (after application of principal payments made, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include any conditionally waived liquidated damages, additional (current) contributions/liquidated damages/interest, and additional attorney's fees and costs incurred herein. **Exhibit A**, ¶ 9.

13.    The total amount currently due under the Stipulation, pursuant to its terms, is **$158,692.45**, as described in detail below.

    a)    <u>Conditional Stipulation Balance</u>: The original conditional amount due under the Stipulation was **$106,164.32**. Defendants/Guarantor made three payments totaling $27,265.38 under the Stipulation. Pursuant to Paragraph 6(a)(iii), payments were applied as follows: $1,342.72 to interest

DECLARATION OF TANISHA M. ARATA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION
Case No. 3:24-cv-00152-TLT

(calculated at 5% per annum on the conditional balance)[1] and **$25,922.66** to principal, reducing the conditional Stipulation balance due to **$80,241.66** as of November 21, 2025 (the date that Plaintiffs received the most recent stipulated payment).

       a)    **Conditionally Waived Liquidated Damages**: Pursuant to Paragraph 15 of the Stipulation, the liquidated damages waiver of **$51,660.69** was expressly conditioned upon Trustee approval following timely compliance with all of the terms of the Stipulation but has become due and payable upon default of any of the terms of Stipulation. *Id.* ¶ 15.

       b)    **Interest on the Conditional Stipulation balance**: **$417.62.** This amount is calculated at 5% per annum on the conditional Stipulation balance, for the period from November 21, 2025, which is the date Plaintiffs received the most recent stipulated payment, through December 29, 2025 ($80,241.66 * 5% = $4,012.08; $4,012.08 / 365 = $10.99 interest per day; November 22, 2025 through December 29, 2025 = 38 days; 38 days * $10.99 = $417.62).

       c)    **Unpaid and Late-Paid Contributions; Liquidated Damages and Interest Thereon**: Defendants' payment for July 2025 contributions, in the reported amount of $26,433.01, was received late on September 17, 2025. Therefore 20% liquidated damages totaling **$5,286.60** were assessed, and 5% per annum interest totaling **$61.54** ($3.62 x 17 days) also accrued thereon from September 1, 2025 through September 17, 2025.

       Defendants' payment for August 2025 contributions, in the reported amount of **$23,746.25**, was received late on November 7, 2025. Therefore 20% liquidated damages totaling **$4,749.25** were assessed, and 5% per annum interest totaling **$123.50** ($3.25 x 38 days) also accrued thereon from October 1, 2025 through November 7, 2025.

       Defendants reported $20,780.00 due for September 2025 contributions. A partial payment of $1,760.00 was received timely, and payment for the $19,020.00 balance due was received late on November 7, 2025. Therefore 20% liquidated damages totaling **$3,804.00** were assessed, and

---

[1] Pursuant to Paragraph 6(a)(iii) of the Stipulation, payments shall be applied first to interest, at the rate of 5% per annum in accordance with the Bargaining Agreement(s) and Trust Agreements. Interest shall begin to accrue on August 15, 2025.

**DECLARATION OF TANISHA M. ARATA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No. 3:24-cv-00152-TLT**

5% per annum interest totaling **$18.27** ($2.61 x 7 days) also accrued thereon from November 1, 2025 through November 7, 2025.

   d) <u>Attorneys' fees and costs</u>: Attorneys' fees and costs through August 13, 2025 are included in the Stipulation. Additional attorneys' fees in the amount of **$12,310.20** and additional costs in the amount of **$19.12** were incurred from August 14, 2025 through November 30, 2025. The additional attorneys' fees are detailed in Plaintiffs' Counsel's billing records, a true and correct copy of which is attached hereto as ***Exhibit C***. The additional costs are detailed in Plaintiffs' Counsels' expense records, a true and correct copy of which is attached hereto as ***Exhibit D***.

  14. The total amount now due and owing by Defendants/Guarantor to Plaintiffs is as follows:

| | | |
|---|---|---|
| Conditional Stipulation Amount: | $106,164.32 | |
| Principal Payments (**Exhibit E** (Writ) ¶14): | *-$25,922.66* | |
|  Subtotal *(*Conditional Stip. Balance): | | $80,241.66 |
| Conditionally Waived Liquidated Damages: | | $51,660.69 |
|  **Subtotal (Stipulation Balance):** | | | **$131,902.35** |
| | | |
| 5% Interest on Cond. Stip. Bal. (11/22/25-12/29/25): | | $417.62 |
| | | |
| 5% Interest on Late-Paid 7/25 Contributions: | | $61.54 |
| 20% LDs on Late-Paid 7/25 Contributions: | | $5,286.60 |
| | | |
| 5% Interest on Late-Paid 8/25 Contributions: | | $123.50 |
| 20% LDs on Late-Paid 8/25 Contributions: | | $4,749.25 |
| | | |
| 5% Interest on Late-Paid 9/25 Contribution Balance: | | $18.27 |
| 20% LDs on Late-Paid 9/25 Contribution Balance: | | $3,804.00 |
| | | |
| Additional Attorneys' Fees (8/14/25-11/30/25): | | $12,310.20 |
| Additional Costs (8/14/25-11/30/25): | | $19.12 |
|  **Subtotal (Costs After Judgment, Exhibit E** (Writ) ¶12): | | | **$26,790.10** |
| ***TOTAL DUE (Exhibit E (Writ) ¶18):*** | | | ***$158,692.45*** |

  15. Pursuant to the terms of the Stipulation, post judgment interest continues to be calculated at 5% per annum on the Stipulation balance and costs after judgment, all totaling $158,692.45, as shown

**DECLARATION OF TANISHA M. ARATA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No. 3:24-cv-00152-TLT**

on Paragraph 15 of the proposed Writ of Execution, which equates to $21.74 per day.

16.     To the best of my knowledge and belief, Defendant/Guarantor Kevin Frank Furtado is not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003. Defendant Alliance Glass Company, LLC, is a California Limited Liability Company and is therefore not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003.

17.     A copy of the proposed Writ of Execution is attached hereto as ***Exhibit E***. Plaintiffs will provide the Court with an original Writ of Execution for issuance along with a copy of this Request, which will be hand delivered to the Court.

WHEREFORE, it is prayed that a Writ of Execution be promptly issued against Defendants and Guarantor for ***$158,692.45 plus $21.74 per diem interest*** from December 30, 2025, until satisfied. It is further requested that the Court retain jurisdiction over this matter.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

DATED: December 30, 2025                  SALTZMAN & JOHNSON LAW
                                          CORPORATION

                                          By:

                                                        /S/
                                          _____
                                          Tanisha M. Arata
                                          Attorneys for District Council 16 Northern
                                          California Health and Welfare Trust Fund, et al.

**DECLARATION OF TANISHA M. ARATA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No. 3:24-cv-00152-TLT**

1  Matthew P. Minser, Esq. (SBN 296344)
   Tanisha M. Arata, Esq. (SBN 280588)
2  SALTZMAN & JOHNSON LAW CORPORATION
3  5100-B1 Clayton Road, Ste. 373
   Concord, California 94521-3161
4  Telephone: (510) 906-4710
   Email: mminser@sjlawcorp.com
5  Email: tarata@sjlawcorp.com

6  Attorneys for Plaintiffs, District Council 16
7  Northern California Health and Welfare Trust Fund, et al.

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 DISTRICT COUNCIL 16 NORTHERN          Case No. 3:24-cv-00152-TLT
   CALIFORNIA HEALTH AND WELFARE
12 TRUST FUND, et al.,                   **AMENDED JUDGMENT PURSUANT TO
                                         STIPULATION**
13             Plaintiffs,

14       v.

15 ALLIANCE GLASS COMPANY, LLC and
16 KEVIN FRANK FURTADO, an individual,

17             Defendants.

18

19       IT IS HEREBY STIPULATED and AGREED by and between the parties hereto, that an

20 Amended Stipulated Judgment[1] (the "Stipulation") shall be entered in the within action in favor of

21 Plaintiffs District Council 16 Northern California Health and Welfare, et al. ("Plaintiffs" or "Trust

22 Funds") and against Defendant Alliance Glass Company, LLC and Defendant Kevin Frank Furtado, an

23 individual.

24       The Parties have agreed to amend the Judgment Pursuant to Stipulation to provide Defendants

25 with a revised payment plan for current amounts due and owing to Plaintiffs, to include additional

26 unpaid contributions, additional liquidated damages and additional interest incurred, amounts found due

27 _____

28 [1]Amending the Stipulated Judgment ("Judgment Pursuant to Stipulation") between the parties entered
   on February 20, 2024. (Dkt No. 12.)

                                    1
**AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 3:24-cv-00152-TLT**

EXHIBIT A

pursuant to an audit of Defendants' payroll records for the period of January 1, 2021 through December 31, 2023, and additional attorneys' fees and costs.

1. Defendant Alliance Glass Company, LLC is signatory to and bound by the terms of a Collective Bargaining Agreement(s) ("Bargaining Agreement") that it has with the District Council 16 of the International Union of Painters and Allied Trades (the "Union"). The Bargaining Agreement is still in full force and effect.

2. Kevin Frank Furtado ("Guarantor") confirms that he is authorized to enter into this Stipulation on behalf of Alliance Glass Company, LLC.

3. Kevin Frank Furtado also confirms that he is personally guaranteeing the amounts due herein and confirms that he shall be added as a Defendant to the above-captioned action. Defendant Kevin Frank Furtado and Defendant Alliance Glass Company, LLC (collectively "Defendants") specifically consent to the Court's jurisdiction, as well as the use of a Magistrate Judge for all proceedings, including entry of judgment herein. Defendant and Guarantor further confirm that all successors in interest, assignees, and affiliated entities (including, but not limited to, parent or other controlling companies), and any companies with which either Defendant joins or merges, if any, shall also be bound by the terms of this Stipulation as Guarantors. This shall include any additional entities in which Defendants/Guarantor are officers, owners or possesses any controlling ownership interest. All such entities shall specifically consent to the Court's jurisdiction, the use of a Magistrate Judge for all proceedings, and all other terms herein, at the time of any assignment, affiliation or purchase, and if they do not, shall nevertheless be bound to the terms of this Stipulation. Defendants and Guarantor confirm and agree that any applicable successors in interest, assignees, and affiliated entities may be added to this Stipulation by Plaintiffs through a noticed motion before this Court or any other court of competent jurisdiction.

4. Defendants are currently indebted to the Trust Funds as follows:

| **ORIGINAL STIPULATION BALANCE** | | | |
|---|---|---|---|
| Conditional Stipulation Amount | $70,287.22 | | |
| Total Principal Paid (*after application of 5% per annum interest*): | ($80,499.43) | | |
| Subtotal: | | ($10,212.21) | |
| Conditionally Waived Liquidated Damages: | | $15,980.96 | |

# EXHIBIT A

**AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 3:24-cv-00152-TLT**

| | | |
|---|---|---|
| **Subtotal (Original Stipulation Balance):** | | **$5,768.75** |
| **CONTRIBUTIONS** | | |
| 5% Interest on Late-Paid 3/24 Contributions: | $12.35 | |
| 20% LDs on Late-Paid 3/24 Contributions: | $3,599.11 | |
| 5% Interest on Late-Paid 9/24 Contributions: | $15.19 | |
| 20% LDs on Late-Paid 9/24 Contributions: | $3,166.88 | |
| 10/24 Contribution Balance: | $0.60 | |
| 5% Interest on Late-Paid 10/24 Contributions: | $4.42 | |
| 20% LDs on Late-Paid 10/24 Contributions: | $3,228.52 | |
| 5% Interest on Late-Paid 11/24 Contributions: | $30.94 | |
| 20% LDs on Late-Paid 11/24 Contributions: | $3,231.81 | |
| 5% Interest on Late-Paid 12/24 Contributions: | $8.00 | |
| 20% LDs on Late-Paid 12/24 Contributions: | $2,925.61 | |
| Unpaid 1/25 Contributions: | $12,265.28 | |
| 5% Interest on Unpaid 1/25 Contributions (through 8/14/25): | $280.56 | |
| 20% LDs on Unpaid 1/25 Contributions: | $2,453.06 | |
| Unpaid 2/25 Contributions: | $13,764.88 | |
| 5% Interest on Unpaid 2/25 Contributions (through 8/14/25): | $257.04 | |
| 20% LDs on Unpaid 2/25 Contributions: | $2,752.98 | |
| Unpaid 3/25 Contributions: | $11,888.72 | |
| 5% Interest on Unpaid 3/25 Contributions (through 8/14/25): | $172.78 | |
| 20% LDs on Unpaid 3/25 Contributions: | $2,377.74 | |
| Unpaid 4/25 Contributions: | $20,588.51 | |
| 5% Interest on Unpaid 4/25 Contributions (through 8/14/25): | $211.50 | |
| 20% LDs on Unpaid 4/25 Contributions: | $4,117.70 | |
| Unpaid 5/25 Contributions: | $16,749.99 | |
| 5% Interest on Unpaid 5/25 Contributions (through 8/14/25): | $103.05 | |
| 20% LDs on Unpaid 5/25 Contributions: | $3,350.00 | |
| Unpaid 6/25 Contributions: | $18,631.58 | |
| 5% Interest on Unpaid 6/25 Contributions (through 8/14/25): | $35.70 | |
| 20% LDs on Unpaid 6/25 Contributions: | $3,726.32 | |
| | | $129,950.82 |
| **ADDITIONAL FEES & COSTS** | | |
| Attorneys' Fees (12/1/23-8/13/25): | $18,496.80 | |
| Costs (12/1/23-8/13/25): | $600.48 | |
| | | $19,097.28 |

EXHIBIT A

3

| REVISED AUDIT (1/1/21-12/31/23) | | | |
|---|---|---|---|
| Contribution Underpayments: | $1,854.85 | | |
| Liquidated Damages: | $750.00 | | |
| 5% Interest (through 4/30/24): | $285.56 | | |
| Additional 5% Interest (5/1/24-8/13/25): | $117.75 | | |
| | | $3,008.16[2] | |
| TOTAL AMENDED JUDGMENT: | | | $157,825.01 |

## REQUIREMENTS UNDER THE TERMS OF THIS STIPULATION

5. Notice requirements pursuant to the terms of this Stipulation are as follows:

   a) **Notices to Defendants**: Kevin Frank Furtado and Alliance Glass Company, LLC, 41934 Christy Street Fremont, CA 94538; email: kfurtado@allianceglasscompany.com, copy to: sfurtado@allianceglasscompany.com

   b) **Notices to Plaintiffs**: Tanisha M. Arata & Matthew P. Minser, Saltzman & Johnson Law Corp., 5100-B1 Clayton Road, Ste. 373, Concord, California 94521; emails: tarata@sjlawcorp.com & mminser@sjlawcorp.com, copy to: compliance@sjlawcorp.com

6. The requirements pursuant to the terms of this Stipulation are as follows:

   a) **Payments**: Defendants shall conditionally pay the amount of **$106,164.32**, representing all of the above amounts, less conditionally waived liquidated damages in the amount of **$51,660.69**.

       i) Payments in the amount of **$9,088.46 per month** shall begin on August 31, 2025, and continue on or before the last business day of each month thereafter **for a period of twelve months**. Plaintiffs may require that Defendants pay electronically by wire transfer, or by cashier's check.

       ii) Defendants shall have the right to increase the monthly payments at any time and there is no penalty for prepayment.

       iii) Payments shall be applied first to interest, at the rate of 5% per annum in accordance with the Bargaining Agreement and Trust Agreements. Interest shall begin to accrue on August 15, 2025.

   b) **Contributions:** Beginning with contributions due for hours worked by

---

[2] Upon payment of this amount, Defendants may be entitled to a credit for eligible overpayments made during the audit period totaling $628.80. Defendants may also be eligible for an additional credit of $10[illegible] for improper payments made during the audit period.

EXHIBIT A

4

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No. 3:24-cv-00152-TLT

Defendants' employees during the month of July 2025 and for every month thereafter until this Judgment is satisfied, Defendants shall remain current in reporting and payment of contributions due to Plaintiffs under the terms of the Collective Bargaining Agreement(s). Defendants are required to enroll in iRemit, the online platform for reporting and payment of contributions to the Plaintiff Trust Funds and to submit all monthly contribution reports and payments electronically through iRemit. Defendants are to contact DC16iremit@hsba.com to set up online reporting and payment.

c) **Job Report:** Beginning with the month of July 2025, and for every month thereafter, Defendants shall fully disclose all jobs on which they are working by providing Plaintiffs with fully completed job reports on the form attached hereto as Exhibit A. Upon request by Plaintiffs, Defendants shall also provide Plaintiffs with copies of Certified Payroll Reports.

d) **Audit:** Defendants shall comply with the Trust Funds' request for an audit of Defendants' payroll records pursuant to the requirements of Defendants' Collective Bargaining and/or other related Agreement and/or the Plaintiffs' Trust Agreements, Defendants must contact the auditor within seven days of receiving notice, and must schedule the audit as requested. Defendants must fully comply with the audit by keeping the scheduled appointment for the audit and making all documentation requested by the auditor available for inspection. Defendants specifically agree that if all records are not provided upon Plaintiffs' request, Plaintiffs may conduct post judgment discovery, a debtor's exam, or any other court proceeding necessary to compel provision of the documents.

i) In the event that amounts are found due to Plaintiffs as a result of the audit, Plaintiffs shall send a copy of the audit report, and written demand for payment to Defendants. In the event that the audit findings are not contested, payment in full shall be delivered to Tanisha M. Arata and Matthew P. Minser at the address provided above.

ii) In the event that Defendants dispute the audit findings, Defendants must provide the dispute in writing, with all supporting documentation within ten (10) days of the date of the demand. Defendants shall be notified as to whether revisions will be made to the audit. If revisions are not made, payment will be immediately due. If revisions are made, payment in full of the revised amount shall be immediately due.

iii) If Defendants are unable to make payment in full, Defendants may submit

**EXHIBIT A**

5

a request to add the amounts found due to this Stipulation. If the Stipulation is so revised, Defendants shall execute the Amended Judgment or Amendment to Judgment within ten (10) days of receipt. Failure to execute the revised agreement shall constitute a default of the terms herein.

iv)     Failure by Defendants to submit either payment in full or a request to add the amounts due to this Judgment within ten days of receipt shall constitute a default of the obligations under this agreement. All amounts found due on audit shall immediately become part of this Judgment.

e)     **Fees:** Defendants shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment, whether or not a default occurs.

7.     In summary, Defendants shall deliver the following payments and documents to Plaintiffs, at the following locations, on or before the following delivery deadlines, until this Stipulation has been fully satisfied:

| Required Submissions | Delivery deadlines[3] | Delivery locations |
|---|---|---|
| **Stipulated payments in the amount of $9,088.46** payable to *District Council 16 Northern California Trust Funds* | Last business day of each month (8/31/25 - 7/31/26) | District Council 16 Northern California Trust Funds P.O Box 4816 Hayward, CA 94540-4816 or By ACH/Wire/Electronic Payment |
| **Current contribution reports and payments** payable to *District Council 16 Northern California Trust Funds* | Last business day of each month (beginning 8/31/25, for 7/25 hours) | Electronically via iRemit Plus copies to: compliance@sjlawcorp.com (subject: "Alliance Glass"); |
| **Completed job reports** (form attached as Exhibit A to Stipulation) **and Certified Payroll (if requested)** | Last business day of each month (beginning 8/31/25, for 7/25 hours) | Tanisha M. Arata & Matthew P. Minser Saltzman & Johnson Law Corp. 5100-B1 Clayton Road, Ste 373 Concord, CA 94521 or compliance@sjlawcorp.com (subject: "Alliance Glass") |

---

[3] If the Stipulation has not been fully satisfied by 7/31/26, all monthly submission requirements shall continue until all amounts have been paid and a Satisfaction of Judgment has been filed with the Court.

# EXHIBIT A

8.      Failure to comply with any of the above terms, including submitting a payment that does not clear the bank, or failing to endorse a joint check provided for the payment of amounts due under the terms of this Stipulation including current contributions, shall constitute a default of the obligations under this Stipulation.

## DEFAULTS UNDER THE TERMS OF THIS STIPULATION

9.      If default occurs, Plaintiffs shall make a written demand to Defendants to cure said default *within seven (7) days of the date of the notice from Plaintiffs*. In the event default is not cured within the required time frame, all amounts remaining due hereunder (after application of principal payments made, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include any conditionally waived liquidated damages, additional (current) contributions/liquidated damages/interest, and additional attorney's fees and costs incurred herein.

10.     Any unpaid or late-paid contributions, together with 20% liquidated damages and 5% per annum interest, shall become part of this Judgment. Plaintiffs reserve all rights available to collect any contributions and related amounts not included herein. This includes, but is not limited to, any amounts due pursuant to employee timecards or paystubs, by audit, or other means. Should Defendants fail to submit a report for any month, contributions shall be estimated pursuant to Trust Fund policy. Defendants specifically waive the defense of the doctrine *res judicata* as to any such additional amounts determined as due.

11.     A Writ of Execution may be obtained without further notice, in the amount of the unpaid balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.

## MISCELLANEOUS PROVISIONS

12.     The above requirements remain in full force and effect regardless of whether or not Defendants have ongoing work, whether Defendants' account with the Trust Funds is active, or whether Defendants are signatory to a Collective Bargaining Agreement with the Union. If, for any reason, Defendants have no work to report during a given month, Defendants shall submit the job report form (Exhibit A attached hereto) indicating that there are no current jobs. If Defendants have no contributions

# EXHIBIT A

7

**AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 3:24-cv-00152-TLT**

1   to report, Defendants shall submit the applicable contribution report stating "no employees."

2   13.    Payments made by joint check shall be endorsed on behalf of Defendants prior to

3   submission, and may be applied toward Defendants' monthly stipulated payment, provided that the

4   issuer of the joint check is not requesting a release in exchange for the payment. Joint checks for which

5   a release is requested may not be applied toward Defendants' monthly stipulated payment, but the

6   amount in the joint check shall be deducted from the total balance owed under this Stipulation, provided

7   the payment is for contributions included in this Stipulation.

8   14.    Prior to the last payment pursuant to this Stipulation, Defendants shall request the final

9   amount due from Plaintiffs, including additional interest, any current contributions and related amounts

10  and all additional attorneys' fees and costs incurred by Plaintiffs, whether or not Defendants default

11  herein. Any additional amounts due shall be paid in full by Defendants with the final stipulated payment

12  due on July 31, 2026.

13  15.    The conditional waiver of liquidated damages shall be presented to the Board of Trustees

14  for consideration only after all amounts due under the terms of this Stipulation are paid in full, and

15  Defendants' account is otherwise current. If the waiver is granted, a Satisfaction of Judgment will be

16  filed with the Court once all payments have cleared the bank. If the waiver is not granted, the liquidated

17  damages will be immediately due. The waiver may be granted with further conditions, such as paying

18  timely and remaining current for an additional period of time.

19  16.    Defendants waive any notice of Entry of Judgment or of any Request for a Writ of

20  Execution and expressly waive all rights to stay of execution and appeal.

21  17.    Any failure on the part of Plaintiffs to take any action as provided herein in the event of

22  any breach of the provisions of this Stipulation shall not be deemed a waiver of any subsequent breach.

23  18.    Defendants/Guarantor have represented that they do not intend to file for Bankruptcy

24  protection. In the event that Defendants/Guarantor file for Bankruptcy protection,

25  Defendants/Guarantor specifically agree that the amounts due under this Stipulation that are employee

26  benefits and related sums shall not be dischargeable. Defendants/Guarantor agree to reaffirm this debt

27  and will not request that the debt be discharged.

28  19.    Should any provisions of this Stipulation be declared or determined by any court of

EXHIBIT A

8

competent jurisdiction to be illegal, invalid, or unenforceable, then the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provisions shall be deemed not to be part of this Stipulation.

20.     This Stipulation is limited to the agreement between the parties with respect to the unpaid and delinquent contributions and related sums enumerated herein, owed by Defendants to Plaintiffs. This Stipulation does not in any manner relate to withdrawal liability claims, if any. Defendants acknowledge that Plaintiffs expressly reserve their right to pursue withdrawal liability claims, if any, against Defendants and all of their control group members, as provided by Plaintiffs' Plan documents, Trust Agreements incorporated into their Bargaining Agreements, and applicable laws and regulations. The parties to this Stipulation understand and agree that nothing contained herein shall in any manner relate to or otherwise limit the obligations of Defendants with respect to the assessment and collection of withdrawal liability pursuant to 29 U.S.C. § 1381 et seq.

21.     This Stipulation contains all of the terms agreed to by the parties and no other agreements have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

22.     This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

23.     Defendants represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this Stipulation under the terms and conditions set forth herein, that they have read this Stipulation with care and are fully aware of and represent that they enter into this Stipulation voluntarily and without duress.

///

///

///

///

///

///

///

EXHIBIT A

9

**AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 3:24-cv-00152-TLT**

1      24.     The parties agree that the Court shall retain jurisdiction of this matter until this Judgment

2 is satisfied.

3

4   DATED:  September 15, 2025

5                                **ALLIANCE GLASS COMPANY, LLC.**

6

7                             By:           /S/

8                                 Kevin Frank Furtado
                                Owner of Defendant Alliance Glass Company, LLC

9   DATED:  September 15, 2025          **KEVIN FRANK FURTADO**

10

11                             By:           /S/
                                  Kevin Frank Furtado
                                Individual Defendant and Guarantor

12

13   DATED:  September 22, 2025      **DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.**

14

15                             By:           /S/
                                  Robert Williams

16                                   Trustee of Plaintiff Trust Funds

17

18   DATED:  September 22, 2025      **DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.**

19

20                             By:           /S/

21                                   John Maggiore
                                Trustee of Plaintiff Trust Funds

22 IT IS SO ORDERED.

23     IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall

24 retain jurisdiction over this matter.

25

26   DATED: _____, 2025

27                                 UNITED STATES DISTRICT JUDGE

28

# EXHIBIT A

10

24.     The parties agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied.

DATED: _____

**ALLIANCE GLASS COMPANY, LLC,**

By: _____
Kevin Frank Furtado
Owner of Defendant Alliance Glass Company, LLC

DATED: _____

**KEVIN FRANK FURTADO**

By: _____
Kevin Frank Furtado
Individual Defendant and Guarantor

DATED: _____

**DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.**

By: _____
Robert Williams
Trustee of Plaintiff Trust Funds

DATED: _____

**DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.**

By: _____
John Maggiore
Trustee of Plaintiff Trust Funds

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

DATED: September 26 , 2025

_____
UNITED STATES DISTRICT JUDGE

10

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No. 3:24-cv-00152-TLT

EXHIBIT A

**Exhibit A: JOB REPORT FORM**
**Completed Forms Due by the last business day of each month**
by email to compliance@sjlawcorp.com (subject line: *Alliance Glass)*, or
delivered to Saltzman & Johnson, 5100-B1 Clayton Road, Ste 373, Concord, CA 94521

**Employer: Alliance Glass Contracting, Inc.**
**Report for the month of _____, 20__  Submitted by: _____**

| | | |
|---|---|---|
| **Project Name:** | | **Public or Private?** (Circle one) |
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | **Project Manager Name:** | |
| **Project Manager Phone #:** | **Project Manager email address:** | |
| **Contract #:** | **Contract Date:** | |
| **Total Contract Value:** | | |
| **Work Start Date:** | **Work Completion Date:** | |
| **Project Bond #:** | **Surety:** | |

| | | |
|---|---|---|
| **Project Name:** | | **Public or Private?** (Circle one) |
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | **Project Manager Name:** | |
| **Project Manager Phone #:** | **Project Manager email address:** | |
| **Contract #:** | **Contract Date:** | |
| **Total Contract Value:** | | |
| **Work Start Date:** | **Work Completion Date:** | |
| **Project Bond #:** | **Surety:** | |

***\*\*\*Attach additional sheets as necessary\*\****

# EXHIBIT A

11



(510) 906-4710
www.sjlawcorp.com

## NOTICE OF DEFAULT

December 9, 2025

**VIA FIRST-CLASS MAIL and EMAIL to kfurtado@allianceglasscompany.com**
Kevin Frank Furtado
Alliance Glass Company, LLC
41934 Christy Street
Fremont, CA 9453

**Re:    District Council 16 Northern California Health and Welfare Trust Fund, et al. v. Alliance Glass Company, LLC, *USDC NDCA Case No. 24-cv-00152-TLT* (filed on Jan. 8, 2024)**

Dear Mr. Furtado:

This serves as notice that Alliance Glass Company, LLC and you, as guarantor, are <u>in default</u> of the Amended Judgment Pursuant to Stipulation ("Stipulation"), which requires you to make the following submissions by the following deadlines:

| Required Submissions | Delivery deadlines[1] | Delivery locations |
|---|---|---|
| **Stipulated payments in the amount of $9,088.46** payable to *District Council 16 Northern California Trust Funds* | Last business day of each month (8/31/25 - 7/31/26) | District Council 16 Northern California Trust Funds P.O Box 4816 Hayward, CA 94540-4816 or By ACH/Wire/Electronic Payment |
| **Current contribution reports and payments** payable to *District Council 16 Northern California Trust Funds* | Last business day of each month (beginning 8/31/25, for 7/25 hours) | Electronically via iRemit <u>Plus copies to:</u> compliance@sjlawcorp.com (subject: "Alliance Glass"); |
| **Completed job reports** (form attached as Exhibit A to Stipulation) **and Certified Payroll (if requested)** | Last business day of each month (beginning 8/31/25, for 7/25 hours) | Tanisha M. Arata & Matthew P. Minser Saltzman & Johnson Law Corp. 5100-B1 Clayton Road, Ste 373 Concord, CA 94521 or compliance@sjlawcorp.com (subject: "Alliance Glass") |

---

[1] If the Stipulation has not been fully satisfied by 7/31/26, all monthly submission requirements shall continue until all amounts have been paid and a Satisfaction of Judgment has been filed with the Court.

**EXHIBIT B**

Kevin Frank Furtado
Alliance Glass Company, LLC
December 9, 2025
Page 2 of 2

Your **fourth (4th) stipulated payment of $9,088.46** was due at the above-referenced delivery location by November 30, 2025, and has <u>not</u> been received to date. We understand from your email to us that you intended to submit the installments via ACH autopayment or otherwise. Nonetheless, the Administrator's records reflect no payments were received for the 4th stipulated payment.

In addition, your **July 2025 through October 2025 job reports** were due at the above-referenced delivery location by the last day of the month following the month during which work was performed. For example, your July 2025 job report was due by August 31, 2025. Your July 2025 through October 2025 job reports have <u>not</u> been received to date.

**Given the above, demand is hereby made for immediate submission of: 1) your fourth (4th) stipulated payment of $9,088.46; and 2) your July 2025 through October 2025 job reports, all to be received within seven (7) days from the date of this letter.**

**Should you fail to submit the requested items, I am authorized to proceed with further legal action as provided under Paragraphs 9-11 of the Stipulation.** I hope this will not be necessary.

Should you have any questions or comments, please do not hesitate to contact me. Thank you for your anticipated cooperation.

Sincerely,

*Tanisha Arata*

Tanisha M. Arata
<u>tarata@sjlawcorp.com</u>

TMA/ajs

Cc: sfurtado@allianceglasscompany.com

# EXHIBIT B

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| **Time** Prepare updated accounting of amounts due; continue drafting Amended Stipulation; E-mail T. Arata and M. Minser re review of same; | PAID I-4473 | 8/14/2025 | 1.4 | $207.00 | $289.80 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review email from A Skwarnicki regarding draft amended stipulation. | PAID I-4473 | 8/14/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review and continue to draft AMENDED payment plan/stipulation; cite-check, proofread, and review and analyze file relating to amended content in stipulation; check accounting; draft correspondence to send via email to M Minser and A Skwarnicki. | PAID I-4473 | 8/15/2025 | 2.1 | $360.00 | $756.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Email A Skwarnicki and M Minser re amended stipulation. | PAID I-4473 | 8/19/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review ISSI; Review calculations; Review and revise amended judgment pursuant to stipulation; Email to T. Arata and A. Skwarnicki re same. | PAID I-4473 | 8/19/2025 | 1.2 | $360.00 | $432.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| **Time** Review communications from M Minser regarding amended stipulated judgment; email A Skwarnicki. | PAID I-4473 | 8/19/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review E-mails from M. Minser and T. Arata re review and revisions to draft Amended Stipulation; format tables and otherwise finalize Stipulation document; draft E-mail to employer re execution of Stipulation; E-mails with M. Minser re review of same; issue Amended Stipulation to employer for execution; calendar deadline to return signed Stipulation; | PAID I-4473 | 8/19/2025 | 1 | $207.00 | $207.00 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review calendar re deadline for employer to submit executed Amended Stipulation; review file re case status and analyze further handling; E-mails with T. Arata and M. Minser re same; make notes to file; research ISSI and bank records re July 2025 contribution and first stipulated payment status; follow up with administrator re same; | PAID I-4615 | 9/2/2025 | 0.5 | $207.00 | $103.50 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



# EXHIBIT C

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | | CONTACT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 🕐 Time | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Time** — Communicate via email with A Skwarnicki and M Minser regarding status and further handling including recommendation; review file and emails. — `PAID I-4615` — 9/2/2025 — 0.2 — $360.00 — $72.00 — Tanisha Arata — GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters

**Time** — Review and respond to emails re Employer's failure to respond to amended payment plan and further action re same. — `PAID I-4615` — 9/2/2025 — 0.2 — $360.00 — $72.00 — Matthew P. Minser — GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters

**Time** — Review E-mail from administrator re no receipt of stipulated payment or July 2025 contributions; review case notes re further handling; review file re accounting and prepare DC16 notice; messages with T. Arata re review of same; review file re case history and begin to prepare Writ request; — `PAID I-4615` — 9/3/2025 — 1.9 — $207.00 — $393.30 — Alicia J Skwarnicki — GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters

**Time** — Review and analyze file, including emails and collection procedures; communicate with A Skwarnicki via MS Teams; review emails between A Skwarnicki and L Nevarez; review and continue to draft Delinquency Notice to Union. — `PAID I-4615` — 9/3/2025 — 0.2 — $360.00 — $72.00 — Tanisha Arata — GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| ⬜ Time<br>Calculate additional amounts due and prepare updated accounting; continue drafting Writ request; E-mail T. Arata and M. Minser re review of same; | PAID I-4615 | 9/4/2025 | 2.2 | $207.00 | $455.40 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ⬜ Time<br>Review email from A Skwarnicki. | PAID I-4615 | 9/4/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ⬜ Time<br>Review draft Declaration in support of Writ and continue drafting the same; review and analyze file, including Stipulated Judgment; review and check accounting; | PAID I-4615 | 9/8/2025 | 0.6 | $360.00 | $216.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ⬜ Time<br>Review email from A Skwarnicki; review and analyze file/emails; continue to review and draft Writ; communicate with A Skwarnicki via email and MS Teams. | PAID I-4615 | 9/9/2025 | 1.6 | $360.00 | $576.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ⬜ Time<br>Messages with T. Arata re revisions to Writ Request; prepare exhibits to Writ request; prepare Writ form; E-mail M. Minser re review of same; | PAID I-4615 | 9/9/2025 | 1 | $207.00 | $207.00 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| 🕐 Time<br>Messages with T. Arata re review of Writ documents and draft DC16 notice; | PAID I-4615 | 9/10/2025 | 0.1 | $207.00 | $20.70 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 Time<br>Communicate with A Skwarnicki via MS Teams and email; review Proposed Writ and Exhibits; email A Skwarnicki and review communications from A Skwarnicki regarding Alliance writ papers; review email from M Minser regarding union involvement. | PAID I-4615 | 9/11/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 Time<br>Review file; Review amounts owed; Review and revise DC16 Notice; Communicate with T. Arata and A. Skwarnicki re bond claim; Call with Union re discussions with Employer; Review ISSI; Send email to T. Arata and A. Skwarnicki re further action. | PAID I-4615 | 9/11/2025 | 0.7 | $360.00 | $252.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT | |
|------|--------|------|------|------|-------|-----------|---------|---|
| **Time** Messages with T. Arata and M. Minser re further handling of DC16 notice and re preparation of CSLB bond claim; make notes to file; finalize and issue DC16 notice; receive and review 48 hour notice issued by Union; update file; update tracking log; review E-mail from T. Arata re revisions to exhibits to Writ request; update exhibit and E-mail M. Minser re same; review E-mail from M. Minser re telephone call with Union re communications with employer and anticipated submission of payment due; make notes to file; | PAID I-4615 | 9/11/2025 | 0.6 | $207.00 | $124.20 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| **Time** Review email from A Skwarnicki to R Williams III, B Davis, and G Castro; review email from M Minser regarding call from union relating to stipulation and missing payments. | PAID I-4615 | 9/11/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT | |
|---|---|---|---|---|---|---|---|---|
| **Time**<br>Review email from M Minser to S Furtado regarding status of Amended Payment Plan; communicate with A Skwarnicki regarding M Minser email regarding employer's plan to submit payment and effect on any CSLB bond claim; review and analyze file relating to content in CSLB Bond Claim, and review the same; review ISSI; communicate with M Minser and A Skwarnicki via MS Teams; email M Minser and A Skwarnicki regarding CSLB Bond claim and Writ Papers review process; review and check accounting. | PAID I-4615 | 9/12/2025 | 0.5 | $360.00 | $180.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| **Time**<br>Review and respond to email from Employer re contact with Union, amounts owed, and payment plan. | PAID I-4615 | 9/12/2025 | 0.3 | $360.00 | $108.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| **Time**<br>Review E-mails between M. Minser and employer re payments due and Amended Stipulation; review license information and file re accounting; draft bond claim letter; E-mail T. Arata and M. Minser re review of same; | PAID I-4615 | 9/12/2025 | 0.5 | $207.00 | $103.50 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |



# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|---|---|---|---|---|---|---|---|
| Time<br>Messages with T. Arata re case status and further handling of CSLB bond claim | PAID I-4615 | 9/12/2025 | 0.1 | $207.00 | $20.70 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| Time<br>Review email from A Skwarnicki regarding surety information; review and analyze file. | PAID I-4615 | 9/13/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| Time<br>Review file and accounting in revised CSLB bond claim letter; make further revisions to same; messages with T. Arata re same; review messages between T. Arata and M. Minser re review of Writ request; review E-mails between employer, Union, and M. Minser re anticipated execution of Amended Stipulation and submission of payments owed; make notes to file. | PAID I-4615 | 9/15/2025 | 0.7 | $207.00 | $144.90 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| Time<br>Review email and comments from A Skwarnicki regarding further drafting CSLB Bond Claim Letter; continue drafting the same; email A Skwarnicki and M Minser; | PAID I-4615 | 9/15/2025 | 0.3 | $360.00 | $108.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| ☐ Time<br>Call with union re Employer status; Emails with Employer re same; Call with Employer; Email to Union; Additional calls with Employer and Union; Review signed stipulation, check, and proof of iRemit payment; Send temporary satisfaction email. | PAID I-4615 | 9/15/2025 | 0.9 | $360.00 | $324.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ☐ Time<br>Review and analyze file, including emails regarding status and further handling; MS Teams M Minser and A Skwarnicki regarding status and further handling; review MS Teams message from M Minser. | PAID I-4615 | 9/16/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ☐ Time<br>Review E-mails from employer re executed Amended Stipulation and anticipated payments submitted; update file; review E-mails between M. Minser and Union re resolution; review message from T. Arata re further handling; make notes to file; | PAID I-4615 | 9/16/2025 | 0.2 | $207.00 | $41.40 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ☐ Time<br>Communicate with T. Arata re status of bond claim and writ in light of Employer signing amended payment plan and alleging that payments have been sent. | PAID I-4615 | 9/16/2025 | 0.1 | $360.00 | $36.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| ☐ **Time** <br> Review messages between T. Arata and M. Minser re anticipated submission of payments, issuance of Stipulation for Trustee execution, and re further handling of CSLB bond claim and Writ, | PAID I-4615 | 9/17/2025 | 0.2 | $207.00 | $41.40 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ☐ **Time** <br> Communicate with T. Arata re amended stipulated judgment and Trustees' signatures on same; Review Docusign re same. | PAID I-4615 | 9/17/2025 | 0.1 | $360.00 | $36.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ☐ **Time** <br> Review and continue to draft envelope to send to R Williams and J Maggiore via DocuSign. | NOT BILLABLE | 9/18/2025 | 0.1 | $0.00 | $0.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ☐ **Time** <br> Receive and review Trustee signatures on Amended Stipulation; update file; follow up with M. Minser and T. Arata re further handling of filing; | PAID I-4615 | 9/22/2025 | 0.2 | $207.00 | $41.40 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ☐ **Time** <br> Review and respond to emails re amended stipulation. | PAID I-4615 | 9/23/2025 | 0.1 | $360.00 | $36.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT | |
|------|--------|------|------|------|-------|-----------|---------|---|
| Time<br>Review E-mails between T. Arata and M. Minser re finalization and filing of Amended Stipulation; finalize and e-file same with Court; E-mail copy of Proposed Order to Judge for Order thereon; review and update case notes re next steps; research ISSI re status of July 2025 contributions; update file; research bank records re receipt of stipulated payment; update file; update recoveries chart; E-mail T. Arata and M. Minser re receipt of compliance payments; | PAID I-4615 | 9/23/2025 | 0.7 | $207.00 | $144.90 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| Time<br>E-mails with administrator re allocation of funds received; | PAID I-4615 | 9/25/2025 | 0.1 | $207.00 | $20.70 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| Time<br>Review email from A Skwarnicki to L Nevarez; review and analyze file regarding status and upcoming events. | PAID I-4615 | 9/25/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| 🗋 Time<br>Receive and review Stipulation granted by Court; update file; prepare case file post-judgment tasks tracking log; update team's judgment tracking log; create and update amortization chart; research ISSI and bank records re stipulated payment #2 and August 2025 contributions; update file; follow up with administrator re same; make notes to file re next steps; calendar Judgment expiration and Stipulation deadlines; | PAID I-4763 | 10/1/2025 | 1.3 | $207.00 | $269.10 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🗋 Time<br>Review email from A De Anda to A Skwarnicki regarding status of payments - stipulated and monthly contribution reports; review and analyze file, including ISSI data and accounting, checking the same; communicate with A Skwarnicki and M Minser via email and MS Word comments. | PAID I-4763 | 10/2/2025 | 0.8 | $360.00 | $288.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🗋 Time<br>Review E-mail from administrator re no receipt of stipulated payment or August 2025 contribution payment; draft letter to employer re terms of Amended Stipulation and re default; E-mail T. Arata re review of same; update | PAID I-4763 | 10/2/2025 | 0.5 | $207.00 | $103.50 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| ⬜ Time<br>Review and approve default notice; Respond to comments in demand. | PAID I-4763 | 10/3/2025 | 0.2 | $360.00 | $72.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ⬜ Time<br>Review email and communication from M Minser via MS Word Comment regarding further handling relating to CSLB bond claim; review file/emails to inform update to Status Report for upcoming Board of Trustees Meeting. | PAID I-4763 | 10/3/2025 | 0.3 | $360.00 | $108.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ⬜ Time<br>E-mails with M. Minser and T. Arata re review of letter to employer re terms of Stipulation and default, and re further handling of draft CSLB bond claim; finalize and issue default notice to employer via mail and e-mail; calendar response deadline; make notes to file re further handling; prepare and execute proof of service of fully executed Stipulation; e-file Proof of Service with Court; update file; | PAID I-4763 | 10/6/2025 | 0.6 | $207.00 | $124.20 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|---|---|---|---|---|---|---|---|
| 🕐 Time Research updated real property owned by employer and principal; update file; review Judgment and prepare Abstract of Judgment form; E-mail T. Arata re review of same and re further handling of recording same; prepare Amended UCC Lien filing; E-mail T. Arata re review of same; update post-judgment tasks chart; | PAID I-4763 | 10/9/2025 | 0.9 | $207.00 | $186.30 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 Time Review email from A Skwarnicki regarding Amended Abstract of Judgment form and status and further handling regarding location to record the same in; review email from A Skwarnicki regarding content for UCC Lien filing. | PAID I-4763 | 10/9/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 Time Review updated accounting, checking ISSI data regarding the same; draft email to send to A Skwarnicki via delayed delivery regarding Abstract of Judgment, Recording, UCC Lien and related after reviewing the same. | PAID I-4763 | 10/10/2025 | 0.5 | $360.00 | $180.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 Time Review and analyze file with regard to status of Abstract, accounting, and status report for upcoming | PAID I-4763 | 10/15/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| Time<br>Review and analyze file, including emails; check for email to A Skwarnicki regarding Abstract of Judgment and further draft the same to send via delayed delivery. | PAID I-4763 | 10/15/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| Time<br>Review and analyze file with regard to CSLB Bond Claim and Deadline for Employer to Respond to Letter; prepare to draft email to A Skwarnicki regarding the same. | PAID I-4763 | 10/17/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| Time<br>Messages with T. Arata re review and filing of Abstract of Judgment form; finalize same and e-file proposed Abstract with Court for issuance; review file re case history; further E-mails with T. Arata re status of employer's properties and further handling of recording; make notes to file; | PAID I-4763 | 10/20/2025 | 0.5 | $207.00 | $103.50 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| Time<br>Communicate with A Skwarnicki via MS Teams regarding court filing and review email re CM ECF 17; review email from the same along with results of property / people search. | PAID I-4763 | 10/20/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| 🕐 **Time**<br>Review calendar re employer's deadline to cure default; review case file re status; research ISSI and bank records re status of payments; update file; follow up with administrator re same; follow up with T. Arata and M. Minser re further handling; | PAID I-4763 | 10/21/2025 | 0.3 | $207.00 | $62.10 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 **Time**<br>Email from A Skwarnicki regarding bond claim and further handling, and from the same to A De Anda and L Nevarez. | PAID I-4763 | 10/21/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 **Time**<br>Review and respond to email from A. Skwarnicki re Employer status and bond claim. | PAID I-4763 | 10/22/2025 | 0.1 | $360.00 | $36.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 **Time**<br>Email from M Minser regarding bond claim and further handling. | PAID I-4763 | 10/22/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| 🕐 **Time**<br>Review E-mail from administrator re employer's failure to submit Stipulation compliance payments; analyze further handling; E-mails with M. Minser and T. Arata re pursuit of bond claim, Writ of Execution, and re review of draft | PAID I-4763 | 10/23/2025 | 0.1 | $207.00 | $20.70 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ⬚ ITEM | ⬚ STATUS | ⬚ DATE ⬚ | ⬚ HRS. | ⬚ RATE | ⬚ TOTAL | ⬚ BILLED BY | ⬚ CONTACT | ⬚ |
|---|---|---|---|---|---|---|---|---|
| ⬚ **Time** Review email from A Skwarnicki regarding status and further handling. | PAID I-4763 | 10/23/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| ⬚ **Time** Review file and ISSI re accounting of amounts due; update file; prepare CSLB bond claim letter; E-mail T. Arata re review of same; | PAID I-4763 | 10/27/2025 | 0.8 | $207.00 | $165.60 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| ⬚ **Time** Email A Skwarnicki and M Minser regarding Writ and UCC Lien; review file, check docket regarding status of proposed Abstract of Judgment; review email from A Skwarnicki regarding updated CSLB Bond Claim. | PAID I-4763 | 10/27/2025 | 0.3 | $360.00 | $108.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| ⬚ **Time** Review and continue to draft CSLB Bond Claim Letter, reviewing and analyzing file/emails; prepare for checking accounting/calculations in the same and auditor correspondence and audit referenced. | PAID I-4763 | 10/28/2025 | 0.3 | $360.00 | $108.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |



# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| **Time** Review file; Review ISSI; Review status of last DC16 notice issued; Review and approve bond claim demand; Email to A. Skwarnicki and T. Arata re further action. | PAID I-4763 | 10/30/2025 | 0.3 | $360.00 | $108.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review CSLB bond claim letter and communicate with A Skwarnicki / M Minser regarding the same; proofread the letter, checking accounting/calculations in the same; communicate with A Skwarnicki via MS Teams regarding accounting in CSLB Bond Claim Letter (part of January 2025 principal balance and February 2025 through June 2025 principal; August 2025 principal). | PAID I-4763 | 10/30/2025 | 0,5 | $360.00 | $180.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review file re case status and analyze further handling; further E-mails with T. Arata and M. Minser re preparation of Writ Request, filing of UCC Lien, preparation of 48 hour notice, and review of CSLB bond claim letter; make notes to file; revise, finalize and issue CSLB bond claim letter; prepare DC16 48 hour notice; messages with T. Arata and M. Minser re review of same; | PAID I-4763 | 10/30/2025 | 1 | $207.00 | $207.00 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|---|---|---|---|---|---|---|---|
| **Time** Proofread Draft CSLB Bond Claim Letter regarding further drafting/editing relating to accounting data and date of revised audit finalization by auditors; review and analyze file, including audit report and auditor correspondence to inform further drafting/editing of CSLB Bond Claim Letter; communicate with A Skwarnicki regarding finalization of Letter; review email from M Minser to A Skwarnicki re 48-hour notice. | PAID I-4763 | 10/30/2025 | 0.3 | $360.00 | $108.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review and analyze file; review notice to Union regarding delinquency; review file, including ISSI data; review CSLB Bond Claim letter after reviewing Notice and communicate with A Skwarnicki via MS Teams regarding the same; review email from A Skwarnicki to M Minser re Writ request and UCC Lien. | PAID I-4763 | 10/30/2025 | 0.4 | $360.00 | $144.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| **Time**<br>Review email from L Nevarez regarding receipt of second stipulated payment and missing 8/25 contributions; review file, including emails, to determine status of the matter and further handling; draft notes re update to status report for 2026 board of trustees meeting to reflect the same, along with correction to receipt of 7/25 contributions. | PAID I-4763 | 10/31/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time**<br>Review email from L Nevarez regarding receipt of second stipulated payment and awaiting contributions; review file and update draft Status Report regarding the same. | PAID I-4763 | 10/31/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time**<br>Review E-mail from administrator re receipt of stipulated payment but not contributions; update recoveries chart and amortization chart; begin to prepare Writ request; | PAID I-4763 | 10/31/2025 | 1.1 | $207.00 | $227.70 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| **Time** <br> Research additional fees incurred; update file; calculate liquidated damages and interest incurred on current contributions; continue drafting Writ Request; E-mail T. Arata re review of same; | BILLED I-4896 | 11/3/2025 | 0.7 | $207.00 | $144.90 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** <br> Review email from A Skwarnicki along with attachments relating to Declaration/Writ Request and supporting documentation for content therein (Amortization Chart and Fees data); continue to draft Declaration/Writ Request, including drafting content, reviewing and analyzing file, including accounting/calculations and supporting data, updating and communicating with A Skwarnicki regarding accounting/calculations; email A Skwarnicki. | BILLED I-4896 | 11/3/2025 | 1 | $360.00 | $360.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT | |
|------|--------|------|------|------|-------|-----------|---------|---|

⬚ Time
Review/leave comments with A Skwarnicki via MS Word regarding content in Declaration iso Writ; review email from M Minser regarding balances through present; communicate with A Skwarnicki via MS Teams regarding request; review ISSI data, file, emails, including email from A Skwarnicki to M Minser regarding the same and pending Writ papers, along with attachment to email; review draft Status Report and update further draft of content for Alliance accordingly; review ISSI data; review emails from M Minser and A Skwarnicki.

`BILLED I-4896`  11/4/2025  0.8  $360.00  $288.00  Tanisha Arata  GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters

⬚ Time
Review E-mail from T. Arata re revisions and comments on draft Writ Request; analyze further handling and make further comments on language and accounting included in Writ Request; follow up with administrator re September 2025 contributions; review E-mails between M. Minser and B. Davis re account status; E-mail M. Minser re same;

`BILLED I-4896`  11/4/2025  1.1  $207.00  $227.70  Alicia J Skwarnicki  GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters



EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| ☐ Time<br>Review MS Teams message from A Skwarnicki; review Collection Procedures and respond to A Skwarnicki regarding status and further handling relating to previous Default Notice issued; continue to review Declaration iso Writ and review/leave comments via MS Word with A Skwarnicki regarding the same, reviewing further draft of Declaration iso Writ; review email from A Skwarnick to L Nevarez regarding September 2025 status of partial payment application and contributions remaining due and owing, and unpaid along with communications regarding the same. | BILLED I-4896 | 11/4/2025 | 0.8 | $360.00 | $288.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ☐ Time<br>Review E-mails between M. Minser, B. Davis, and administrator re account status and communications with employer re submission of ACH payments; calendar reminder to follow up with administrator re account status; analyze further handling of draft DC16 notice and Writ request; E-mail T. Arata and M. Minser re same; follow up with M. Minser re review and filing of UCC Lien; | BILLED I-4896 | 11/5/2025 | 0.4 | $207.00 | $82.80 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



EXHIBIT C

| ⬚ ITEM | ⬚ STATUS | ⬚ DATE ⬚ | ⬚ HRS. | ⬚ RATE | ⬚ TOTAL | ⬚ BILLED BY | ⬚ CONTACT | ⬚ |
|---|---|---|---|---|---|---|---|---|
| ⬚ Time<br>Review email from A Skwarnicki along with file/emails, regarding status and further handling as to DC16 Notice and Writ pending employer response re payments; review email from M Minser. | BILLED I-4896 | 11/5/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| ⬚ Time<br>Review E-mail from M. Minser re review of draft UCC Lien form; file re updated amounts due; E-mails with T. Arata re Judgment total reflected and further handling, and re status of issuance of Abstract of Judgment by Court; | BILLED I-4896 | 11/6/2025 | 0.2 | $207.00 | $41.40 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| ⬚ Time<br>Review email from A Skwarnicki along with UCC Lien data included therein; review draft Declaration/Writ Request and content therein; email A Skwarnicki regarding status of accounting in data for UCC Lien; update draft Status Report; review emails from A Skwarnicki and M Minser regarding content to include in UCC Lien form; review file and emails relating CSLB Bond Claim to inform status and further handling of the same; communicate with A Skwarnicki regarding status, including re Abstract Judgment. | BILLED I-4896 | 11/6/2025 | 0.5 | $360.00 | $180.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |

# EXHIBIT C

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | | CONTACT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 🕐 Time | | | | | | | | | | | | | | | |
| | Communicate re amounts owed and UCC lien. | | BILLED I-4896 | | 11/6/2025 | | 0.1 | | $360.00 | | $36.00 | | Matthew P. Minser | | GLACL – Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| | 🕐 Time | | | | | | | | | | | | | | | |
| | Further E-mails with team re amounts due reflected on draft UCC lien; follow up with administrator re receipt of delinquent payments; analyze further handling; make notes to file; | | BILLED I-4896 | | 11/7/2025 | | 0.3 | | $207.00 | | $62.10 | | Alicia J Skwarnicki | | GLACL – Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| | 🕐 Time | | | | | | | | | | | | | | | |
| | Review email from A Skwarnicki to HSBA regarding status of payments received for installments and towards contributions; review email from A Skwarnicki regarding status of Writ and UCC Lien and further handling of the same. | | BILLED I-4896 | | 11/7/2025 | | 0.1 | | $360.00 | | $36.00 | | Tanisha Arata | | GLACL – Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| | 🕐 Time | | | | | | | | | | | | | | | |
| | Review email from J Pena of Surety Everest Insurance re Bond No. ES00019163 along with attachments (Proof of Claim and Acknowledgment Letter signed by R Davey); update draft Status Report; review and analyze file relating to upcoming events/deadlines relating to CSLB Bond Claim. | | BILLED I-4896 | | 11/10/2025 | | 0.3 | | $360.00 | | $108.00 | | Tanisha Arata | | GLACL – Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| **Time** Review email from S Furtado regarding pending CSLB Bond Claim and attachments to email from the same; review emails regarding pending status of confirmation of payments, including confirmation of payments yet to be submitted/received by Admin; review email from S Furtado regarding further comments/questions; communicate with A Skwarnicki via MS Teams regarding communicating with employer to respond to their inquiries sent via email including attachments. | BILLED I-4896 | 11/10/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Review E-mail from employer re CSLB bond claim made and submission of delinquent contributions; messages with T. Arata re further handling; | BILLED I-4896 | 11/10/2025 | 0.1 | $207.00 | $20.70 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time** Update file to include proof of August 2025 and September 2025 contribution payments; research bank records re stipulated payment information; update Stipulation tracking chart; E-mails with employer and T. Arata re account status and further | BILLED I-4896 | 11/12/2025 | 0.4 | $207.00 | $82.80 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT | |
|------|--------|------|------|------|-------|-----------|---------|---|
| ⬜ Time<br>Review email from A Skwarnicki to S Furtado along with file, emails and attachments to the same; review status report and case notes, updating the same; draft correspondence for A Skwarnicki to send to employer, communicating with A Skwarnicki via email and MS Teams regarding the same; review emails and email S Furtado with K Furtado cc'd regarding deadlines for installments and other items, ACH submission of third installment payment, proof of payment and Admin confirmation, and prospective requests relating to CSLB Bond Claim; email M Minser and A Swkarnicki regarding status and further handling regarding CSLB Bond Claim; update draft status report and related tasks relating to further handling. | BILLED I-4896 | 11/12/2025 | 0.8 | $360.00 | $288.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |
| ⬜ Time<br>Communicate with S Furtadao via email regarding payment plan installments, ACH payment for current installment and plan for regular auto pay via ACH going forward. | BILLED I-4896 | 11/13/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters | |



EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| ⧉ Time<br>Review communication from Employer re bond claim and payments submitted; Review ISSI re status. | BILLED I-4896 | 11/17/2025 | 0.1 | $360.00 | $36.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ⧉ Time<br>Review file and emails, including M Minser emails regarding further handling of pending bond claim; email to R Davey regarding status, further handling, and request to hold the claim in abeyance pending our confirmation that all payments made and cleared; update case notes and draft status report. | BILLED I-4896 | 11/18/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| ⧉ Time<br>Review email from R Davey regarding holding claim in abeyance pending resolution of matter with employer. | BILLED I-4896 | 11/19/2025 | 0.1 | $360.00 | $36.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |



EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| **Time**<br>Research ISSI re contribution status; research bank records re status of additional stipulated payment; update file, recoveries chart, and Stipulation tracking chart; review E-mails between T. Arata and M. Minser re further handling of CSLB bond claim; review E-mails between T. Arata and Surety re claim held in abeyance; follow up with employer and administrator re status of missing stipulated payment; update recoveries chart and stipulation tracking chart; analyze further handling of pending matters; follow up with M. Minser and T. Arata re same; | BILLED I-4896 | 11/24/2025 | 0.9 | $207.00 | $186.30 | Alicia J Skwarnicki | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
| **Time**<br>Review emails between L Nevarez and A Skwarnicki regarding receipt of third installment and contributions payments for August 2025 and September 2025; review email from A Skwarnicki to S Furtado and regarding status and further handling; review and analyze file, updating case notes re status report update; draft email regarding recommendation for further handling to email. | BILLED I-4896 | 11/24/2025 | 0.2 | $360.00 | $72.00 | Tanisha Arata | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |

# EXHIBIT C

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| Time<br>Review file; Review and respond to email re Employer's continued default and further action re same. | BILLED I-4896 | 11/26/2025 | 0.1 | $360.00 | $36.00 | Matthew P. Minser | GLACL - Northern California Glaziers & Glassworkers Pension Plan Collection Matters |
|  |  |  | 43.90 |  | $12,310.20 USD |  |  |

# EXHIBIT C

| EXPENSE | STATUS | DATE | PRICE | TOTAL | QTY | BILLED BY | |
|---------|--------|------|-------|-------|-----|-----------|---|
| Uncategorized<br>Lexis - legal research. | PAID I-4763 | 10/9/2025 | $19.12 | $19.12 | 1 | Belinda Jacalne | |

$19.12 USD

# EXHIBIT D

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: Matthew P. Minser, Esq. (SBN 296344); Tanisha M. Arata (SBN 280588)
FIRM NAME: SALTZMAN & JOHNSON LAW CORPORATION
STREET ADDRESS: 5100-B1 Clayton Road, Ste 373
CITY: Concord     STATE: CA     ZIP CODE: 94521
TELEPHONE NO.: (510) 906-4710     FAX NO.:
EMAIL ADDRESS: mminser@sjlawcorp.com/tarata@sjlawcorp.com
ATTORNEY FOR (name): Plaintiffs
[X] ATTORNEY FOR   [ ] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**USDC Northern District of California**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Courthouse

PLAINTIFF/PETITIONER: District Council 16 Northern California Health and Welfare Trust Fund, et al.
DEFENDANT/RESPONDENT: Alliance Glass Company, LLC, et al.

Case No.: C24-00152 TLT

| WRIT OF | [X] **EXECUTION** (Money Judgment) | [ ] **Limited Civil Case** (including Small Claims) |
|---|---|---|
| | [ ] **POSSESSION OF** [ ] **Personal Property** | |
| | [ ] **SALE** [ ] **Real Property** | [X] **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** USDC, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name):   District Council 16 Northern California Health and Welfare Trust Fund, et al.
   is the [X] original judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Alliance Glass Company, LLC
   41934 Christy Street
   Fremont, CA 94538

   [X] Additional judgment debtors on next page

5. **Judgment entered** on (date): 09/26/25
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

   [SEAL]

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.

| 11. Total judgment (as entered or renewed) | $ | 157,825.01 |
|---|---|---|
| 12. Costs after judgment (CCP 685.090) | $ | 26,790.10 |
| 13. Subtotal (add 11 and 12) | $ | 184,615.11 |
| 14. Credits to principal (after credit to interest) | $ | 25,922.66 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 158,692.45 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 158,692.45 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . .   $   21.74 (from 12/30/25)
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . .   $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: _____     Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

EXHIBIT E

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: District Council 16 Northern California Health and Welfare Trust Fund, et al. | CASE NUMBER: |
| Defendant/Respondent: Alliance Glass Company, LLC, et al. | C24-00152 TLT |

21. [x] Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

Kevin Frank Furtado
41934 Christy Street
Fremont, CA 94538

22. The judgment is for *(check one):*

   a. [ ] wages owed.
   b. [ ] child support or spousal support.
   c. [ ] other.

23. [ ] Notice of sale has been requested by *(name and address):*

24. [ ] Joint debtor was declared bound by the judgment (CCP 989-994)
   a. *on (date):*                                          a. *on (date):*
   b. name, type of legal entity if not a natural person, and   b. name, type of legal entity if not a natural person, and
      last known address of joint debtor:                        last known address of joint debtor:

   c. [ ] Additional costs against certain joint debtors are itemized: [ ] below [ ] on Attachment 24c.

25. [ ] (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

   a. [ ] Possession of real property: The complaint was filed on  *(date):*
          *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

   (1) [ ] The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The
          judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

   (2) [ ] The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

   (3) [ ] The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
          judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns
          to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP
          415.46 and 1174.3(a)(2).)*

   (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was
       not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

       (a) The daily rental value on the date the complaint was filed was $

       (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*



*Item 25 continued on next page*

**EJ-130**

| Plaintiff/Petitioner: District Council 16 Northern California Health and Welfare Trust Fund, et al. | CASE NUMBER: |
|---|---|
| Defendant/Respondent:     Alliance Glass Company, LLC, et al. | C24-00152 TLT |

25. b. ☐   Possession of personal property.

☐   If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐   Sale of personal property.

d. ☐   Sale of real property.

e. The property is described   ☐   below     ☐   on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT  OF  POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

## EXHIBIT E

EJ-130 [Rev. September 1, 2020]

For your protection and privacy, please press the Clear This Form button after you have printed the form.

**WRIT OF EXECUTION**

Page 3 of 3

[ Print this form ]   [ Save this form ]                    [ Clear this form ]